

**FILED**
APR 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Tony Dill #112888
(Name of Plaintiff)
500 Union Ave
(Address of Plaintiff)
Fairfield, CA 94533

2:16-CV-741 - CMK PC
(Case Number)

vs.

COMPLAINT

Vallejo Police Dept.
Offc. Jason Bauer, Wesley Simpson + Jake Estrada
111 Amador St
Vallejo, CA 94591
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☑ No

B. If your answer to A is yes, how many?: _____   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

    N/A

    Plaintiff _____

    Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983                    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____ N/A _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☐ Yes  ☒ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☐ Yes  ☐ No

If your answer is no, explain why not ___N/A___

C. Is the grievance process completed?  ☒ Yes  ☐ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __JASON BAHOU #662__ is employed as __A POLICE OFFICER IN VALLEJO, CA. 94591__ at __111 AMADOR ST, VJO, CA 94591__

B. Additional defendants __WESLEY SIMPSON #682 + JAKE ESTRADA #669 VALLEJO POLICE OFFICERS__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON 12-14-15 POLICE OFFICERS JASON BAHOU #602, WESLEY SIMPSON #682, JAKE ESTRADA #664 ARRESTED ME IN THE CITY OF VALLEJO AND I WAS TRANSPORTED AND BOOKED INTO COUNTY JAIL FOR A MISD. WARRANT AND NEW ARREST. I WAS NOT ON ANY TYPE OF PAROLE OR PROBATION AT TIME OF ARREST THEREFORE WOULD OF HAD THE OPTION TO POST BAIL, BUT THESE OFFICERS PURPOSELY W/OUT CAUSE OR JUSTIFICATION BOOKED ME INTO JAIL AND PLACED A PROBATION HOLD ON ME WHICH MADE ME UNABLE TO BAIL, IT TOOK ME 3 WKS TO FIGURE OUT WHO + HOW TO GET IT REMOVED, THIS ILLEGAL PROCEDURE BY VPD CAUSED ME TO LOSE MY JOB AS WELL AS HURT MY CASE. THT PROBATION HOLD WAS FALSE + MADE UP ILLEGALLY W/OUT CAUSE

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE THE VPD OFFICERS REPRIMANDED + CHARGED FOR FALSYFYING PAPERWORK, KIDNAPPING, I WAS HELD AGAINST MY WILL LIKE A HOSTAGE UNABLE TO BAIL OUT, DUE TO THEIR ILLEGAL PLACEMENT OF A PROBATION HOLD I SUFFERED SERIOUS FINANCIAL LOSS, AS WELL AS PAIN + SUFFERING AND WOULD LIKE A MONETARY VALUE PAID IN MY BEHALF OF $25,000.⁰⁰ DOLLARS FOR PUNITIVE DAMAGES PAIN + SUFFERING.

Signed this Thurs day of March 30³⁺, 2016.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/31/16
(Date)

(Signature of Plaintiff)

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tony Dill #112888
500 Union Ave
F.F. CA 94533

**(b)** County of Residence of First Listed Plaintiff: SOLANO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number): SELF

## DEFENDANTS
POLICE OFFICERS! POLICE DEPT
JASON BAHOV #642    111 AMADOR ST
W. SIMPSON #692     VJO, CA 94571
J. ESTRADA #669

County of Residence of First Listed Defendant: SOLANO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|                              | PTF | DEF |                                          | PTF | DEF |
|------------------------------|-----|-----|------------------------------------------|-----|-----|
| Citizen of This State        | [X]1 | [X]1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State     | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation                           | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

PERSONAL INJURY
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: ILLEGAL FRAUD FILING, POLICE MISCONDUCT, BRUTALITY, LIBEL + SLANDER, PAIN & SUFFERING

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 25,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE: 
DOCKET NUMBER:

DATE: 3-31-16
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____