IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DILL, | No. 2:16-CV-0741-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| VALLEJO POLICE DEPARTMENT, et al., | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2   randomly assign a District Judge to this case and to update the docket to reflect the new case
3   number.

5   DATED: February 10, 2017

    *Craig M. Kellison*
7   **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE